# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 251 |
| | : | |
| ORDER AMENDING | : | APPELLATE PROCEDURAL RULES |
| RULE 2135 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of December, 2014, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A.103(a)(3) in the interests of efficient administration:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Appellate Procedure 2135 is adopted in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments herein shall be effective 60 days from the date of this Order and shall apply to briefs filed after that date.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.